RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RICK MULA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rick_Mula@fd.org

Attorney for Luis Jegardo Blanco

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00954-DJA |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE** |
| v. | (First Request) |
| LUIS JEGARDO BLANCO, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Todd Blanche, Deputy Attorney General of the United States, and Skyler Pearson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rick Mula, Assistant Federal Public Defender, counsel for Luis Jegardo Blanco, that the status conference scheduled for December 12, 2025, be vacated and set to a date and time convenient to this Court, but no sooner than sixty (60) days.

The Stipulation is entered into for the following reasons:

1.    Mr. Blanco needs additional time to complete the special conditions of his unsupervised probation. He has completed one online classes that he is required to take.

2.    The defendant is out of custody and agrees with the need for continuance.

3.      The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 5th day of December, 2025.

RENE L. VALLADARES                      TODD BLANCHE
Federal Public Defender                 Deputy Attorney General of the United States

By /s/ Rick Mula                        By /s/ Skyler Pearson
RICK MULA                               SKYLER PEARSON
Assistant Federal Public Defender       Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:24-mj-00954-DJA |
| Plaintiff, | <u>ORDER</u> |
| v. | |
| LUIS JEGARDO BLANCO, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the status conference currently scheduled for December 12, 2025 at the hour of 11:30 a.m., be vacated and continued to **February 20, 2026, at 11:30 a.m. in courtroom 3A.**

DATED this 8th day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE